

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2014

No. 04-14-00608-CV

**IN THE INTEREST OF JCR, ET. AL.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02092
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on October 20, 2014. On that date, Appellant filed a motion for extension of time to file the brief, seeking an additional thirty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than November 19, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** *See* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court